IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MONICA JOHNSON, Surviving Spouse, )
on her own behalf, and on behalf )
of XAVIER J. JOHNSON, JR., a minor, )
as mother, next friend, and natural )
guardian, as next kin of XAVIER )
JOHNSON, deceased, )
 )
    Plaintiff, )
 )
v. )  No. 04-2374 Ma/P
 )
CITY OF MEMPHIS, et al., )
 )
    Defendants. )

## ORDER DENYING DEFENDANTS' MOTION TO STAY

Before the court is defendants Kenneth Adams and Melvin Rice's[1] motion to stay, filed on January 18, 2005. Johnson filed a response on February 18, 2005. The court held a telephone conference with the parties' counsel on May 17, 2005, to discuss the motion. For good cause shown, the motion to stay is DENIED.

So ordered this 17th day of May 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

---

[1] Defendant Rice passed away on April 2, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02374 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT